PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 320
Tempe, Arizona 85282-7190
Telephone: (480) 222-0291
email: pdk@pdklawfirm.com
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Proceedings in Chapter 7 |
|---|---|
| **STEPHANIE J. MAY**, | **No. 2:21-bk-06428-EPB** |
| Debtor. | |
| **JPMORGAN CHASE BANK, N.A.**, | NOTICE OF FILING OF MOTION FOR TERMINATION OF THE AUTOMATIC STAY OF 11 U.S.C. § 362(a) AND REQUIREMENT TO FILE RESPONSE |
| Movant, | |
| vs. | Property: 2019 Subaru Crosstrek |
| **STEPHANIE J. MAY**, Debtor, and **ANTHONY H. MASON**, as Trustee, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that Movant has filed a Motion requesting termination of the automatic stay against lien enforcement with respect to its rights in the following described property:

2019 Subaru Crosstrek, VIN JF2GTACC0KH259806.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to local Bankruptcy Rule 4001, if no objection is filed with the Court and a copy served upon Movant's attorney whose address is:

|   |   |
|---|---|
| 1 | Patricia Doyle-Kossick<br>Patricia Doyle-Kossick, PLC |
| 2 | 4500 South Lakeshore Drive, Suite 320<br>Tempe, AZ  85282-7190 |

WITHIN 14 DAYS of service of this Motion and Notice, the Motion for relief from the automatic stay may be granted without further hearing.

RESPECTFULLY SUBMITTED this 16th day of November, 2021.

PATRICIA DOYLE-KOSSICK, P.L.C.

/s/ *Patricia Doyle-Kossick*  SBN 010217
PATRICIA DOYLE-KOSSICK
Attorney for Movant

Copy of the foregoing mailed
this 16th day of November, 2021 to:

Stephanie J. May
250 E. Ray Rd., Apt. 1070
Chandler, AZ  85225

Jeremy Seth Manwaring
1426 N. Coronado Street
Chandler, AZ  85224

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL  60076-2780

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4742 N. 24th Street, Suite 300
Phoenix, AZ  85016

Anthony H. Mason
Anthony H. Mason, Chapter 7 Trustee
P.O. Box 30273
Phoenix, AZ  85046

*/s/ Patricia Doyle-Kossick*